UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :   **Notice of Intent to File**
                                 :   **An Information**
        - v. -                   :
                                 :   24 Cr.
AVRAHAM EISENBERG,               :
                                 :
        DEFENDANT.               :
                                 :   **24 CRIM 251**
- - - - - - - - - - - - - - - - :
                                 X

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 1, 2024

                            DAMIAN WILLIAMS
                            United States Attorney

                By:   _/s/ Peter Davis_____
                      Peter J. Davis
                      Assistant United States Attorney


                      AGREED AND CONSENTED TO:

                By:   _____

                      Sam Talkin, Esq.
                      Brian Klein, Esq.
                      Attorneys for
                      AVRAHAM EISENBERG