UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :

       v.                         :

  AVRAHAM EISENBERG,           : 24 Cr. 251 (__)

        Defendant.               :

- - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       4 __, 3 , 2024