AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24 Cr. 251 (AS) |
| Avraham Eisenberg | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Avraham Eisenberg.

Date: 05/02/2024

/s/ Sanford Talkin
*Attorney's signature*

Sanford Talkin
*Printed name and bar number*

Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, New York 10005

*Address*

samt@talkinlaw.com
*E-mail address*

(212) 482-0007
*Telephone number*

(212) 482-1303
*FAX number*