EXHIBIT A – MARKED PSR
(Filed Under Seal)